UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WALKEIT FRITH                                                    CIVIL ACTION

VERSUS                                                           NUMBER: 10-01575

FRANK MARULLO                                                    SECTION: "A"(5)

O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's complaint is dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(i).

New Orleans, Louisiana, this 22nd day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE